**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.    **CV 18-10101-JFW(FFMx)**                         Date: July 15, 2019

Title:      Yotrio Corporation -v- Jonathan Coop, et al.

**PRESENT:**
        **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

        **Shannon Reilly**                              **None Present**
        **Courtroom Deputy**                            **Court Reporter**


**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**
              None                                           None

**PROCEEDINGS (IN CHAMBERS):**          **ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH THE COURT'S ORDER**

        In the Court's Scheduling and Case Management Order ("CMO"), the Court set July 8, 2019 as the last day to conduct a Settlement Conference, and July 12, 2019 as the last day to file a Joint Report Re: Results of Settlement Conference. Based on the Joint Report Re: Results of Settlement Conference filed on July 12, 2019 , it appears that the parties have violated the Court's CMO by failing to complete the Settlement Conference by the Court ordered deadline of July 8, 2019

        Accordingly, lead counsel for the parties are ordered to show cause in writing by **July 17, 2019** why the Court should not impose sanctions in the amount of $2,500.00 against each lead counsel for violating the Court's CMO.  No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order to Show Cause will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the imposition of sanctions.

        IT IS SO ORDERED.